UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES PEAK,

        Plaintiff,

    v.

STANDARD INSURANCE COMPANY;
DST SYSTEMS, INC. GROUP LONG
TERM DISABILITY PLAN,

        Defendants.

_____/

NO. CIV. S-08-37 LKK/JFM

O R D E R

    A status conference was held in chambers on March 3, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for May 27, 2008 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: March 5, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1