Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Amanda M. Ose (State Bar No. 251757)
aose@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and DST SYSTEMS, INC. GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Peak,**<br><br>           **Plaintiff,**<br><br>      **v.**<br><br>**STANDARD INSURANCE COMPANY and DST SYSTEMS, INC. GROUP LONG TERM DISABILITY PLAN,**<br><br>           **Defendants.** | **CASE NO: 08-CV-00037 LKK JFM**<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between JAMES PEAK, by and through his counsel of record, and STANDARD INSURANCE COMPANY and DST SYSTEMS, INC. GROUP LONG TERM DISABILITY PLAN, by and through their counsel of record, that the above-captioned matter be dismissed with prejudice, each side to bear their own fees and costs.

Dated:  September 30, 2008                   KANTOR AND KANTOR LLP


                                             By:  /s/ - Glenn Kantor
                                             Glenn Kantor

                                             Attorney for Plaintiff James Peak

SFI-593256v1

Stip. and [Prop.] Order re: Dismissal With Prejudice; 08-CV-00037

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: September 30, 2008 | JONES DAY |
| 2 | | By: /s/ - Katherine S. Ritchey |
| 3 | | Katherine S. Ritchey |
| 4 | | Attorney for Defendants Standard Insurance Company and DST Systems, Inc. Group Long Term Disability Plan |

### **ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Date: October 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SFI-593256v1

- 2 -

Stip. and [Prop.] Order re: Dismissal With Prejudice; 08-CV-00037

PDF created with pdfFactory trial version www.pdffactory.com